No. 8. Original. *Ex parte:* IN THE MATTER OF AMERICA CAPO, PETITIONER. On petition for writ of mandamus. Argued November 10, 11, 1913. Decided November 17, 1913. *Per Curiam.* The rule to show cause hitherto allowed is discharged and the petition for the allowance of the writ of mandamus is dismissed, and the prayer for the writ consequently denied. *Ex parte Harding,* 219 U. S. 363. *Mr. Frederic D. McKenney* and *Mr. F. H. Dexter* for the petitioner. *Mr. Malcolm Donald, Mr. Charles Hartzell* and *Mr. M. Rodriguez-Serra* for the respondent.

---

No. 9. NEW LOUISVILLE JOCKEY CLUB ET AL., PLAINTIFFS IN ERROR, *v.* THE CITY OF OAKDALE ET AL.; and

No. 10. LENNOX LAND COMPANY, PLAINTIFF IN ERROR, *v.* CITY OF OAKDALE ET AL. In error to the Court of Appeals of the State of Kentucky. Submitted October 30, 1913. Decided November 17, 1913. *Per Curiam.* Dismissed for the want of jurisdiction. *Mount Pleasant v. Beckwith,* 100 U. S. 531; *Kelly v. Pittsburgh,* 104 U. S. 80; *Castillo v. McConnico,* 168 U. S. 674. *Mr. Wm. H. Field* and *Mr. Bernard Flexner* for the plaintiffs in error. *Mr. J. M. Chilton* for the defendants in error.